# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| AIUB UMAROV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:25-cv-212 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to deny Respondent's Motion to Dismiss. Dkt. No. 37. Respondent did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Respondent's Motion to Dismiss. Umarov's 28 U.S.C § 2241 Petition remains pending.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA