**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

AIUB UMAROV,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:25-cv-212

**ORDER**

Petitioner filed his 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and contends that his detention has become unreasonably prolonged. Doc. 1. Respondent moved to dismiss the Petition, asserting that the Petition is moot because Petitioner is under a final order of removal. Doc. 10. I recommended that the Court deny the motion to dismiss because of conflicting accounts of the status of Petitioner's immigration proceedings. Doc. 37. The Honorable Lisa Godbey Wood adopted this recommendation as the Order of the Court and denied Respondent's motion to dismiss, leaving the Petition pending. Doc. 40.

Because the Petition remains pending, I **ORDER** the parties to provide any argument and facts they wish the Court to consider in this case, using the analysis regarding the due process arguments in the Alekhin v. Warden, 5:25-cv-58, Report and

Recommendation as a guide, within **14 days** of this Order. I **DIRECT** the Clerk of Court to provide Petitioner with a copy of this Report and Recommendation. In addition, I **ORDER** the parties to update the Court regarding the status of Petitioner's immigration proceedings.

**SO ORDERED**, this 28th day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA